1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for CURTIS CRENSHAW**
5

6

7
                     UNITED STATES DISTRICT COURT
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10 | CURTIS CRENSHAW,                          | **CASE NO.:   2:12-CV-00097-GGH**

11 |                                Plaintiff  | Stipulation and Order Extending Time to File
12 | vs.                                       | and Serve Motion

13 | Michael J. Astrue, Commissioner of Social
14 | Security,

15 |                                Defendant  |

16

17     IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of July 16, 2012.  The extension is needed due to press of business in plaintiff's

21 attorney's office.

22

23

24

25

26

27

28

1   This is the 1st request for extension by plaintiff.

2

3   Dated:  6/12/12                              /s/ *Peter Brixie*
                                                 PETER BRIXIE
                                                 Attorney at Law
4                                                Attorney for Plaintiff

5

    Dated:  6/12/12                              BENJAMIN B. WAGNER
6                                                United States Attorney
                                                 DONNA L. CALVERT
7                                                Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration
8
                                         By:     /s/ *Lynn M. Harada*
9                                                LYNN M. HARADA
                                                 Special Assistant U. S. Attorney
10                                               Attorneys for Defendant

11

12                                  __ooo__

13  APPROVED AND SO ORDERED

14  Dated: July 2, 2012

15                                               /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28