1 **PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
2 **410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
3 **Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**
4
**Attorney for CURTIS CRENSHAW**
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CRENSHAW, | **CASE NO.:   2:12-CV-00097-GGH** |
| Plaintiff | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of July 16, 2012.  The extension is needed due to press of business in plaintiff's attorney's office.

1 | This is the 1st request for extension by plaintiff.

2

3 | Dated: 6/12/12                                /s/ *Peter Brixie*
     PETER BRIXIE
     Attorney at Law
4    Attorney for Plaintiff

5

6 | Dated: 6/12/12                                BENJAMIN B.WAGNER
     United States Attorney
     DONNA L. CALVERT
7    Acting Regional Chief Counsel, Region IX
     Social Security Administration

8
                                        By:      /s/ *Lynn M. Harada*
9                                                LYNN M. HARADA
                                                 Special Assistant U. S. Attorney
10                                               Attorneys for Defendant

11

12                                     __ooo__

13 | APPROVED AND SO ORDERED

14 | Dated: July 2, 2012

15                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE
16